Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Tina Huynh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HUYNH,<br><br>          Plaintiff,<br><br>     vs.<br><br>MUNA MOGANNAM, as Co-Trustee of the MUNA MOGANNAM SURVIVOR'S TRUST dated September 18, 2009, as Co-Trustee of the MUNA MOGANNAM EXEMPTION TRUST dated September 18, 2009, and dba CAPRI MOTEL, et al.,<br><br>          Defendants. | No.   5:14-cv-05379-NC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** AND ORDER |

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice is hereby given that Plaintiff Tina Huynh ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that she be given to and including June 19, 2015 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: May 20, 2015                                            MOORE LAW FIRM, P.C.

                                                               */s/ Tanya E. Moore*
                                                               Tanya E. Moore
                                                               Attorney for Plaintiff
                                                               Tina Huynh

NOTICE OF SETTLEMENT OF ENTIRE ACTION

Page 1